AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Idaho

| | |
|---|---|
| RHINO METALS, INC., an Idaho corporation,<br><br>*Plaintiff(s)*<br>v.<br>KODIAK SAFE COMPANY, LLC,<br>a California limited liability company<br><br>*Defendant(s)* | Civil Action No. 1:16-cv-285-BLW |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Kodiak Safe Company LLC
2550 S East Ave #120
Fresno, CA 93706

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Teague I. Donahey
Christopher C. McCurdy
Holland & Hart, LLP
800 Main St., Suite 1750
Boise, ID 83701-2527

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 6/28/2016



United States Courts
District of Idaho
**ISSUED**
*Jill Palkoner*
*on Jun 28, 2016 2:59 pm*